UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SUNTRUST BANK, N.A.,

    Plaintiff,

v.

Case No: 6:17-cv-1891-Orl-18TBS

DEANO S. ESPOSITA, AMY C.
ESPOSITA, ANY AND ALL
UNKNOWN PARTIES CLAIMING BY,
THROUGH, UNDER, AND AGAINST
THE HEREIN NAMED INDIVIDUAL
DEFENDANT(S) WHO ARE NOT
KNOWN TO BE DEAD OR ALIVE,
WHETHER SAID UNKNOWN
PARTIES MAY CLAIM AN INTEREST,
REGIONS BANK, MAGNOLIA
PLANTATION HOMEOWNERS
ASSOCIATION, INC. and TENANT
'35;1, TENANT '35;2, TENANT '35;3,
AND TENANT '35;4,

    Defendants.

## ORDER

This case was referred to United States Magistrate Thomas B. Smith for a report and recommendation on Defendant Deano S. Esposita's Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. 16). The Court having reviewed the Report and Recommendation (Doc. 18) entered on December 28, 2017, and there being no timely objections filed, hereby

**ORDERS** and **ADJUGES** that the Report and Recommendation (Doc. 18) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review. Defendant Deano S. Esposita's Application to Proceed in District Court Without

Prepaying Fees or Costs (Doc. 16) is **DENIED**. The Court hereby **CERTIFIES** that Deano S. Esposita's appeal is not taken in good faith.

**DONE** and **ORDERED** in Orlando, Florida, this __31__ day of January, 2018.

_____
**G. KENDALL SHARP**
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties